**FILED**

NOV 21 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | Civ. No. S-05-1997-DFL-KJM |
| Plaintiff, | O R D E R |
| v. | |
| CHRIS GIANULIAS, PAULINE GIANULIAS, | |
| Defendants. | |

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate." See 28 U.S.C. § 636(a)(5) and (c). According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

1

1          IT IS HEREBY ORDERED that any hearing dates currently set
2    before the undersigned are VACATED.

3          IT IS FURTHER ORDERED that the Clerk of the Court reassign
4    this case to the Honorable Kimberly J. Mueller.   The parties
5    shall please take note that all documents hereafter filed with
6    the Clerk of the Court shall bear case number Civ. S-05-1997-KJM.
7    Dated: 11/18/2005

8
9
10
11                            DAVID F. LEVI
                             United States District Judge
12

13         I accept reference of this case for all further proceedings
14   and entry of final judgment.

15   Dated:   November 21, 2005.

16
17
18                            UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26

                                2