IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,                     No. CIV S-05-1997 KJM PS

   vs.

CHRIS GIANULIAS, et al.,

      Defendants.           <u>ORDER</u>

         A status conference was held in this matter on January 18, 2006 before the undersigned. Plaintiff appeared in propria persona. No appearance was made for defendants. Upon consideration of the status report on file in this action, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

         1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within thirty days from the date of this order.

         2. Expert disclosures shall by made no later than September 29, 2006.

         3. Discovery, including the hearing of discovery motions, shall be completed by January 10, 2007. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

/////

        4.   Dispositive motions, other than discovery motions, shall be noticed to be heard by March 14, 2007.

        5.   The pretrial conference is set for May 16, 2007 at 10:00 a.m. before the undersigned.  Pretrial statements shall be filed in accordance with Local Rule 16-281.

        6.   Trial of this matter is set for August 27, 2007 at 10:00 a.m. before the undersigned.  The parties shall file trial briefs in accordance with Local Rule 16-285.

        7.   A settlement conference shall be set upon request by the parties.  Any settlement conference before the undersigned shall proceed only upon submission of a waiver of disqualification, signed by all parties, as to the undersigned's presiding at the settlement conference.  Attached to this order is a form for waiver of disqualification.  Absent the filing of such a written waiver, any settlement conference will be set before another magistrate judge.

DATED:   January 18, 2006.

        /s/ J.A. Mueller
UNITED STATES MAGISTRATE JUDGE

006
johnson-gianulias.oas

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,               No. CIV S-05-1997 KJM PS

    vs.

CHRIS GIANULIAS, et al.,

    Defendants.          Waiver of Disqualification

_____/

        Pursuant to Local Rule 16-270(b) of the Eastern District of California, the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to the assigned Magistrate Judge trying the case thereafter.

                                      _____
                                      By: Plaintiff Scott Johnson, pro se

                                      DATED: _____

                                      _____
                                      By: Defendant Chris Gianulias, pro se

                                      DATED: _____

                                      _____
                                      By: Defendant Pauline Gianulias, pro se

                                      DATED: _____